OPINION OF THE COURT
Memorandum.
The order appealed from should be affirmed, with costs, for *884 the reasons stated in the memorandum at the Appellate Division (69 AD2d 1013). We note that all members of this court are agreed that in order to avoid liability under subdivision (a) of section 1210 of the Vehicle and Traffic Law, a motorist need only ensure that the ignition key is "hidden from sight” and need not additionally conceal it so that the key is "not readily discoverable by a prospective car thief without extreme difficulty” (NY Legis Ann, 1967, pp 205, 206). As to the concerns expressed by the dissent, it suffices to note that plaintiffs arguments at trial and before this court were premised upon his acceptance of the fact that defendant had placed the ignition key on the front seat under the cross reference directory and thus out of sight. At no time has he ever advanced the theory now espoused by the dissenters— that the defendant had not hidden the key under the book. Rather than arguing that defendant had not so hidden the key, plaintiff contended and now argues that this was not enough to fulfill the statutory mandate. In light of this concession, there existed no question of fact concerning the credibility of defendant’s testimony, and thus the trial court did not err in granting judgment to defendant at the close of plaintiffs case.